```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07
```

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
_____

**21 MC 102 (AKH)**

IN RE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER
SITE LITIGATION

<u>**STIPULATION OF DISCONTINUANCE**</u>

This stipulation relates to:

| | |
|---|---|
| | 07CV05341 |
| | 07CV05344 |
| | 07CV05347 |
| | 07CV05313 |
| | 07CV1479 |
| | 07CV1483 |
| | 07CV5553 |
| | 07CV1602 |
| | 07CV1604 |
| | 07CV4467 |
| | 07CV1530 |
| | 07CV1541 |
| | 07CV1723 |
| | 07CV1732 |
| | 07CV210 |
| | 06CV15022 |
| | 06CV13880 |
| | 06CV8949 |
| | 05CV1783 |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for the parties herein, that whereas no party hereto is an infant, incompetent

person for whom a committee has been appointed and no person not a party has an interest in

the subject matter of the action and based on the representation of the within defendant, the

above-entitled action be, and the same hereby is discontinued against the defendant **715 Realty**

**Corp.** only without prejudice and without costs to either party as against the other.

    **IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered

which determines that 715 Realty Corp. in fact is a proper party to this suit, that plaintiffs may

reinstitute and recommence the action against **715 Realty Corp.** without regard to the

applicable statute of limitations at any time within two years of the date of filing of this

stipulation of discontinuance.

Dated:    9/14/07

**WORBY, GRONER, EDELMAN &**
**NAPOLIBERN, LLP**
Attorneys for Plaintiff
Office and Post Office Address
115 Broadway, 12th Floor
New York, New York 10006
Telephone: (212) 267-3700

Sandra L. Holihan, Esq.
**SUGARMAN LAW FIRM, LLP**
Attorneys for 715 Realty Corp.
Office and Post Office Address
360 South Warren Street
HSBC Center, Fifth Floor
Syracuse, New York 13202-2680
Telephone: (315) 474-2943

SO ORDERED:

9-18-07

ALVIN K. HELLERSTEIN
United States District Judge