Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

CLARA DOTA,                                                     Index No.: 07-CV-01602
               Plaintiff(s),
                                                                **NOTICE OF ADOPTION OF ANSWER**
   -against-                                                  **TO MASTER COMPLAINT**

120 BROADWAY CONDOMINIUM (CONDO                                 **ELECTRONICALLY FILED**
#871), *et al.*,

               Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
   September 7, 2007

               Yours etc.,

               McGIVNEY & KLUGER, P.C.
               Attorneys for Defendants
               90 CHURCH STREET LIMITED PARTNERSHIP
               and BOSTON PROPERTIES, INC.

               By: _____
                Richard E. Leff (RL-2123)
                80 Broad Street, 23rd Floor
                New York, New York 10004
                (212) 509-3456

TO: WORBY GRONER & NAPOLI BERN, LLP
   Plaintiffs Liaison
   In Re Lower Manhattan Disaster Site
   Litigation
   115 Broadway, 12th Floor
   New York, New York 10006
   (212) 267-3700

   All Defense Counsel