x:\tc51238\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X
CLARA DOTA,

                                        Plaintiffs,

          -against-

120 BROADWAY CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDING, LLC, 120 BROADWAY
PROPERTIES, LLC, 120 BROADWAY, LLC, 715
REALTY CORP., 90 CHURCH STREET LIMITED
PARTNERSHIP, AMBIENT GROUP, INC., BANKERS
TRUST COMPANY, BELFOR USA GROUP, INC.,
BOARD OF MANAGERS OF THE 120 BROADWAY
CONDOMINIUM (CONDO # 871), BOSTON
PROPERTIES, BOSTON PROPERTIES, INC., BT
PRIVATE CLIENTS CORP., CITIBANK, NA,
DEUTSCHE BANK TRUST COMPANY, DEUTSCHE
BANK TRUST COMPANY AMERICAS, DEUTSCHE
BANK TRUST CORPORATION, HILLMAN
ENVIRONMENTAL GROUP, LLC., SILVERSTEIN
PROPERTIES, INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., THE
BANK OF NEW YORK TRUST COMPANY NA,
TISHMAN CONSTRUCTION CORPORATION OF
MANHATTAN, TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK, TISHMAN
INTERIORS CORPORATION, TISHMAN SPEYER

NOTICE OF
ADOPTION

07 CV 01602

PROPERTIES, VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK, INC., AND VERIZON
PROPERTIES, INC.,

                                    Defendants.
-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In*

*Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
        September 3, 2007

WILLIAM D. JOYCE, III (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600