UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER  :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :

-----------------------------------------------------------------X
CLARA DOTA                                              :   07-CV-01602-AKH

                      Plaintiff,     :
                                                                     **APPEARANCE**

  - against -
                                                                       **ELECTRONICALLY FILED**

120 BROADWAY CONDOMINIUM
(CONDO #871), *et al.*,

                    Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York                DICKSTEIN SHAPIRO LLP
        January 18, 2008

                                              By:   /s/ Judith R. Cohen
                                                  _____
                                                  Judith R. Cohen (JC-8614)
                                                  1177 Avenue of the Americas
                                                  New York, New York 10036
                                                  Phone: (212) 277-6500
                                                  Fax: (212) 277-6501

                                                  *Attorney for Defendant*
                                                  MERRILL LYNCH & CO., INC.